Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef or veal similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiffs was sustained.

**No. 60021.**—A. N. Deringer, Inc. *v.* United States, protests 176733–K and 179048–K (Ogdensburg).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef or veal similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

**No. 60022.**—F. C. Mackay *v.* United States, protests 177602–K, etc. (Pembina).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of beef similar in all material respects to that the subject of *Swift & Company et al.* v. *United States* (33 Cust. Ct. 212, C. D. 1655), the claim of the plaintiff was sustained.

JUNE 5, 1956

**No. 60023.**—Compania Mexicana de Aviacion, S. A. *v.* United States, protest 259294–K.— Plaintiff's application for rehearing granted.

BEFORE THE FIRST DIVISION, JUNE 12, 1956

**No. 60024.**—J. E. Bernard & Company, Inc. *v.* United States, protest 223580–K/5421 (Chicago).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of celluloid reindeer similar in all material respects to those the subject of Abstract 56902, the claim of the plaintiff was sustained.